| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Octavio Acosta De La Torre aka Octavio Acosta**<br>DOB: 1973; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**16-00163MJ** |

Complaint for violation of Title 18, United States Code §844(e)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1 – On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, an instrument of interstate or foreign commerce, willfully conveyed false information knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate the occupants of the Federal Building located at 300 W. Congress Street, Tucson, by means of an explosive, by stating: "Is this 300 West Congress Federal Building?  How many Marshals are going to die 'cause there is a bomb in the building…El Chapo mother fucker." In violation of Title 18, United States Code, Section 844(e).

Count 2 – On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, an instrument of interstate or foreign commerce, willfully conveyed false information knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate the occupants of the El Rio Community Health Center, in Tucson, by means of an explosive by stating:  "In the name of Ismael Frisby, there's a bomb going off at 12:30, right there at El Rio on Congress." In violation of Title 18, United States Code, Section 844(e).

Count 3 – On or about March 22, 2016, in the District of Arizona OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, an instrument of interstate or foreign commerce, willfully conveyed false information knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate the occupants of the Marana High School in Marana, by means of an explosive by stating: "There is a bomb in the library." In violation of Title 18, United States Code, Section 844(e).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
Beginning on March 21, 2016 and continuing until March 29, 2016, telephonic bomb threats were made to more than fifteen (15) locations throughout the Tucson area.  Many of the locations were evacuated and cleared by bomb squad units prior to allowing the occupants to reenter.  A family member of Octavio Acosta De La Torre aka Octavio Acosta, identified 52 633-123-8817 as a Mexican phone number belonging to and used by Octavio Acosta De La Torre aka Octavio Acosta.  The family member stated he/she had received numerous calls from Acosta De La Torre aka Acosta using that number.   Continued on the next page.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:** N/A

| DETENTION REQUESTED:<br>COMPLAINT REVIEWED by AUSA B. Anderson  *BKA*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE & NAME:<br>Christopher Barrett, Special Agent FBI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>April 8, 2016 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

On March 22, 2016, at approximately 11:33 a.m., the Federal Building located at 300 W. Congress, Tucson received a bomb threat over the telephone. The caller stated "Is this 300 West Congress federal building? How many Marshals do you think are going to die today? How many Marshals are going to die 'cause there is a bomb in the building...El Chapo mother fucker." The phone system receiving the call indicated the incoming phone number as 52 633-123-8817. The building was evacuated. No devices were located.

On March 22, 2016, at approximately 12:15 p.m., the El Rio Community Health Center, located at 1390 W. Speedway, Tucson received a bomb threat over the telephone. The caller stated "In the name of Ismael Frisby, there's a bomb going off at 12:30, right there at El Rio on Congress." The phone system receiving the call indicated the incoming phone number as 52 633-123-8817. The building was evacuated. No devices were located.

On March 22, 2016, at approximately 2:35 p.m., Marana High School located at 12000 W. Emigh Road in Tucson received a bomb threat over the telephone. The caller stated "There is a bomb in the library." The phone system receiving the call indicated the incoming phone number as 52 633-123-8817. The school was evacuated. No devices were located.