JOHN S. LEONARDO
United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
State Bar No. 010547
CORY M. PICTON
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Email: cory.picton@usdoj.gov
Attorneys for Plaintiff

FILED____ ____LODGED
____RECEIVED____COPY

2016 APR 27 P 4: 18

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR16- 858 TUC JGZ(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

Octavio Acosta De La Torre,

        Defendant.

I N D I C T M E N T

Violations:      VICTIM CASE
18 U.S.C. §844(e)
(False Threats Through
Mail/Telephone/Telegraph to Kill, Injure,
or Intimidate)
Counts 1, 3, 5, 7, 9, 11, 13, 15, 17, 19

18 U.S.C. § 1038(a)(1)
(False Information and Hoaxes)
Counts 2, 4, 6, 8, 10, 12, 14, 16, 18, 20

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to the Attorney General's Office in Phoenix, and stating, "Is your address twelve-seventy-five...there are thousands of bombs surrounding the building. This is for messing with ISIS, bitch," or words to that effect, when in truth and

fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

## COUNT 2

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to the Attorney General's Office in Phoenix, and stating, "Is your address twelve-seventy-five…there are thousands of bombs surrounding the building. This is for messing with ISIS, bitch," or words to that effect, when in truth and fact, as the defendant well knew, that information was false.  In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 3

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to the General Services Administration of the Federal Building located in Tucson, and stating, "Is this 300 W. Congress, Federal Building?...How many Marshals do you think are going to die today?  How many Marshals are gonna die cause there is a bomb in the building. El Chapo Mother fucker," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

## COUNT 4

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an

activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to the General Services Administration of the Federal Building located in Tucson, and stating, "Is this 300 W. Congress, Federal Building?...How many Marshals do you think are going to die today? How many Marshals are gonna die cause there is a bomb in the building. El Chapo Mother fucker," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 5

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to the El Rio call center, located in Tucson, and stating, "In the name of Ismael Frisby, there's a bomb going off at 12:30, right there at El Rio on Congress," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

## COUNT 6

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to the El Rio call center, located in Tucson, and stating, "In the name of Ismael Frisby, there's a bomb going off at 12:30, right there at El Rio on Congress," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 7

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to the El Rio Community Center, located in Tucson, and after identifying the name Ismael Frisby, stating there was a bomb in the building, and it was going off at 12:30, or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

## COUNT 8

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to the El Rio Community Center, located in Tucson, and stating there was a bomb in the building, and it was going off at 12:30, or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 9

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to Marana High School, located in Tucson, and stating,

"there is a bomb in the library," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

### COUNT 10

On or about March 22, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to Marana High School, located in Tucson, stating, "there is a bomb in the library," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT 11

On or about March 23, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to the El Rio call center, located in Tucson, and stating, "I'm just calling to give you a tip about a bomb set at your building; set for 8 o'clock in the morning," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

### COUNT 12

On or about March 23, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to the El Rio call center, located in Tucson, and stating,

"I'm just calling to give you a tip about a bomb set at your building; set for 8 o'clock in the morning," or words to that effect, when in truth and fact, as defendant well knew, that information was false. In violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT 13

On or about March 25, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to Tucson Dermatology, located in Tucson, and stating, "There is a bomb. It will explode in five minutes. Long live Allah," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

### COUNT 14

On or about March 25, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to Tucson Dermatology, located in Tucson, and stating, "There is a bomb. It will explode in five minutes. Long live Allah," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT 15

On or about March 29, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and

destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to Palo Verde High School, located in Tucson, and stating, "There is a bomb in the high school. Don't call TPD," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

## COUNT 16

On or about March 29, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to Palo Verde High School, located in Tucson, and stating, "There is a bomb in the high school. Don't call TPD," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 17

On or about March 29, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individuals, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by calling Desert View High School, located in Tucson, and stating, "the cafeteria has been blessed with a bomb," or words to that effect, when in truth and fact, as the defendant well knew, that information was false. In violation of Title 18, United States Code, Section 844(e).

## COUNT 18

On or about March 29, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated

an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to Desert View High School, located in Tucson, and stating, "the cafeteria has been blessed with a bomb," or words to that effect, when in truth and fact, as the defendant well knew, that information was false.  In violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 19

On or about March 29, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, through the use of a telephone, willfully made a threat, and maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt being made to kill, injure, or intimidate any individual, and unlawfully to damage and destroy any building, and other real and personal property by means of an explosive, that is by placing a telephone call to Amphitheater High School located in Tucson, and stating, "a bomb has been placed at your location for all the dumb shit that you do," or words to that effect, when in truth and fact, as the defendant well knew, that information was false.  In violation of Title 18, United States Code, Section 844(e).

## COUNT 20

On or about March 29, 2016, in the District of Arizona, OCTAVIO ACOSTA DE LA TORRE, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated an activity would take place that would constitute a violation of 18 U.S.C. Section 844, that is by placing a telephone call to Amphitheater High School located in Tucson, and stating, "a bomb has been placed at your location for all the dumb shit that you do," or words to that effect, when in truth and fact, as the defendant well knew, that information

///
///
///
///
///

was false. In violation of Title 18, United States Code, Section 1038(a)(1).

                    A TRUE BILL

                    /S/
                    _____
                    Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona
/S/
Assistant U.S. Attorney

Dated:   April 27, 2016                    REDACTED FOR
                                           PUBLIC DISCLOSURE