ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
CORY M. PICTON
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Octavio Acosta De La Torre,<br><br>　　　　　Defendant. | CR-16-00858-DCB-1<br><br>**SENTENCING MEMORANDUM** |

The United States of America, by and through its undersigned attorneys, hereby submits the following Sentencing Memorandum for the Court's consideration at sentencing in the above entitled matter, which is set for February 21, 2017.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Between March 21, 2016 and April 1, 2016, the Defendant Octavio Acosta De La Torre, made approximately 30 bomb threats to different offices/locations around southern Arizona, including businesses, schools, government offices, churches, military recruiting stations and even the U.S. Marshals' Office. During several of the calls, the Defendant made references to the terrorist organization ISIS, uttered profanities and claimed that the bombs were scheduled to detonate at a specific time. The bomb threats caused not only fear, concern and unrest, but it also caused many of the businesses to evacuate, which was a serious disruption to their business. A majority of the bomb threats occurred after the

March 22, 2016, terrorist bombing at the Brussels airport which killed 34 people.  This fact most likely caused even more unrest to the victims in the present case.  A number of the bomb threats made by the Defendant were to locations that were somehow connected to his family.  The apparent motivation for Defendant's conduct was to seek revenge against his family because of their refusal to provide him with financial support.

On April 27, 2016, a federal grand jury returned a twenty (20) count Indictment charging the Defendant with ten (10) counts of False Threats Through the Mail/Telephone/Telegraph to Kill, Injure, or Intimidate, in violation of 18 U.S.C. § 844(e); and ten (10) counts of  False Information and Hoaxes, in violation of 18 U.S.C. § 1038(a)(1).

**1.  FACTS.**

On March 17, 2016, Rosa Frisby, who is the Defendant's sister, went to the Tucson Police Department and filed a report indicating that she and her father were fearful of the Defendant who was living in Mexico.   At that time, Ms. Frisby provided the Tucson Police Department with the Defendant's cell phone number from Mexico which was 52 633 123 8817.  When the Defendant began making the bomb threats, and the victims were able to capture the phone number of the calling party, the Tucson Police Department was able to connect the bomb threats with the Defendant's cell phone number that had been provided by Ms. Frisby.  The Defendant quickly became the target of the investigation.  Below is the factual basis for each of the counts in the Indictment.

Counts 1 and 2:

On March 22, 2016, the Defendant called the Arizona Attorney General's Office in Phoenix and stated, "Is your address 1275 ... there are thousands of bombs surrounding the building.  This is for messing with ISIS, bitch."   The captured phone logs revealed that the call was made from 52 633 123 8817.  Entire buildings were evacuated.  Approximately 594 employees stood outside for close to two hours while the buildings were searched.  The Attorney General's office is seeking restitution in the amount of $45,769.29 for lost wages.

Counts 3 and 4:

On March 22, 2016, the Defendant called the General Services Administration (GSA) of the Federal Building in Tucson and stated, "Is this 300 W. Congress, Federal Building? How many Marshals do you think are going to die today? How many Marshals are gonna die cause there is a bomb in the building. El Chapo Mother fucker." Investigation revealed that the call was made from 52 633 123 8817. The entire building was evacuated.

Counts 5 and 6:

On March 22, 2016, the Defendant placed a call to the El Rio call center stating, "In the name of Ismael Frisby, there's a bomb going off at 12:30, right there at El Rio on Congress." Call logs revealed that the call was made from Defendant's cell phone. Ismael Frisby is the Defendant's brother-in- law. The building was evacuated. No devices were found.

Counts 7 and 8:

On March 22, 2016, the Defendant called the El Rio Community Center and after identifying the name Ismael Frisby, stated there was a bomb in the building and it was going off at 12:30. The building was evacuated. Caller Id revealed that the call was made from Defendant's cell phone.

Counts 9 and 10:

On March 22, 2016, the Defendant placed a call to Marana High School and stated, "there is a bomb in the library." The school was evacuated. Phone logs indicated the call was made from Defendant's cell phone.

Counts 11 and 12:

On March 23, 2016, the Defendant placed a call to the El Rio call center and stated "I'm just calling to give you a tip about a bomb set at your building; set for 8 o'clock in the morning." The building was evacuated. Phone logs indicated the call was made from Defendant's cell phone.

Counts 13 and 14:

On March 25, 2016, the Defendant placed a call to a dermatology office in Tucson and stated, "There is a bomb. It will explode in five minutes. Long live Allah." The medical office was evacuated in addition to other offices in the vicinity. Caller Id indicated the call was made from Defendant's cell phone.

Counts 15 and 16:

On March 29, 2016, the Defendant placed a call to Palo Verde High School and stated, "There is a bomb in the high school. Don't call TPD." The high school was checked for explosive devices and cleared. Caller Id indicated the call was made from Defendant's cell phone.

Counts 17 and 18:

On March 29, 2016, the Defendant called Desert View High School and stated, "The cafeteria has been blessed with a bomb." The high school was evacuated. Caller ID and call logs revealed that the call was made from Defendant's cell phone.

Counts 19 and 20:

On March 29, 2016, the Defendant called Amphitheater High School and stated, "A bomb has been placed at your location for all the dumb shit that you do." The high school was evacuated. Call logs revealed that the call was made from Defendant's cell phone.

After the Defendant was indicted, the Government obtained phone records from Mexico which connected Acosta with additional bomb threats including:

1. Threat to Calvary Chapel, 3/21/16;
2. Threat to Pima County Attorney's Office, 3/22/16;
3. Threat to Air Gasses & Welding, 3/24/16;
4. Threat to Navy Recruiting Center, East Broadway 3/24/16;
5. Threat to Navy Recruiting Center, East Irvington, 3/24/16;
6. Threat to Calvary Chapel, 3/25/16;
7. 42 phone calls to TPD insulting police officers, 3/25/16;

8. Sunnyside High School, 3/29/16; and

9. Flowing Wells High School, 3/29/16.

On November 22, 2016, the Defendant pleaded guilty, pursuant to a plea agreement to 10 counts of False Threats to Persons and Property Using or Affecting Interstate Commerce, in violation of 18 U.S.C §844(e). The plea agreement calls for the Defendant to be sentenced at the low end of the applicable guideline range.

## 2. The government agrees with the guideline calculations and criminal history category computations.

The probation officer has calculated the combined adjusted offense level at twenty-one (21), minus three (3) levels off for acceptance of responsibility, for a total offense level of eighteen (18). The Defendant's criminal history score of six (6) points, places him in a criminal history category of III, with an applicable range of 33-41 months.

The Government respectfully requests this Court to sentence the Defendant to 33 months in the Bureau of Prisons, together with three (3) years of supervised release, which is consistent with the terms of plea agreement.

Respectfully submitted this 10th day of February, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Beverly K. Anderson*

BEVERLY K. ANDERSON
CORY M. PICTON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
Other means this 10th day of February, 2017 to:

Mark F. Willimann, Esq.